Vincent U. Solomon, Corcoran, CA, Plaintiff–Appellant.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM ***

Vincent U. Solomon, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed Solomon's Eighth Amendment claim because Solomon failed to allege facts sufficient to show that defendants were deliberately indifferent to his serious dental

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

needs. *See Toguchi v. Chung*, 391 F.3d 1051, 1057–60 (9th Cir.2004) (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

We reject Solomon's contentions regarding judicial bias.

Solomon's request for appointment of counsel, set forth in his opening brief, is denied.

**AFFIRMED.**

**ABC SAND AND ROCK COMPANY INCORPORATED, Plaintiff–Appellant,**

v.

**COUNTY OF MARICOPA; Maricopa County Flood Control District; Timothy Phillips; Jane Doe Phillips; Jack Guzman; Jane Doe Guzman; Mike Jones; Jane Doe Jones; Ed Raleigh; Jane Doe Raleigh; Dewayne Justice;**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Jane Doe Justice; Melvin Martin; Jane Doe Martin; Hemant Patel; Jane Doe Patel; Scott Ward; Jane Doe Ward; Wylie Bearup; Jane Doe Bearup; Unknown Parties, John Doe County Employees I–X, Jane Doe County Employees I–X, John Does I–X, and Jane Does I–X, Defendants–Appellees.

No. 13–17542.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 9, 2015.

Filed Dec. 17, 2015.

Sean B. Berberian, Steven M. White, Giberti White Berberian PLC, Tempe, AZ, for Plaintiff–Appellant.

James W. Fritz, Anne C. Longo, Bruce P. White, Deputy County, Maricopa County Attorney's Office, Phoenix, AZ, for Defendants–Appellees.

Before: KOZINSKI, BYBEE and CHRISTEN, Circuit Judges.

MEMORANDUM *

The motions to take judicial notice are **GRANTED.**

**AFFIRMED** with regard to the federal claims for the reasons stated by the district court. The state law claims are **REMANDED** to the district court with in-structions to remand to the state court for further proceedings.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

